IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
03 FEB 28 AM 9:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **LAVONTA CALDWELL and LATONYA JONES,** ) | |
| ) | |
| Plaintiffs, ) | Civil Action Number |
| ) | 00-C-3498-W |
| **RITE AID CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

ENTERED
FEB 28 2003

## MEMORANDUM OPINION GRANTING SUMMARY JUDGMENT

After careful review of all the evidence, the Court concludes that based on the undisputed facts, Defendant is entitled to summary judgment on Plaintiff's claims of race and pregnancy discrimination.

I.

On the race discrimination claim, Defendant has articulated a legitimate, non-discriminatory reason for its differential treatment of Ashley Noland, a pregnant white female. Specifically, it articulates that the differential treatment is grounded in the 30-pounds or less lifting restriction imposed on Plaintiff by her physicians. Noland had no such restrictions from her physicians; she testified that the office position sometimes required that she lift over thirty pounds during her pregnancy. Plaintiff has failed to show that this articulated reason is pretextual.

Plaintiff had adduced no substantial evidence of negligent supervision and retention.

On the other hand, genuinely disputed factual issues preclude summary judgment on the sex discrimination claim.

30

II

On the pregnancy discrimination claim, there is simply no substantial evidence that Plaintiff suffered from the differential application of work or disciplinary rules. *Armstrong v. Flowers Hosp., Inc.,* 33 F.3d 1308, 1314 (11th Cir.1994).

By separate order, Defendant's motion for summary judgment will be granted.

Done this 27th day of February, 2003.

_____
Chief United States District Judge
U.W. Clemon